UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | 11-cv-10489 (DJC) |
| v. | ) ) ) | |
| JAMES J. KONAXIS, | ) ) ) | |
| Defendant. | ) ) | |

### JOINT MOTION TO ADJOURN SCHEDULING CONFERENCE

The parties respectfully request a 45-day extension of the January 31, 2012 scheduling conference concerning the Commission's motion for remedies in the above-captioned case.

On December 1, 2011, the parties informed this Court that they were engaged in settlement discussions that might obviate the need for a hearing on the Commission's motion for remedies. However, as the parties further advised the Court, a prerequisite for any potential settlement is the Commission's comprehensive review of the Defendant's current financial condition, since the Defendant seeks a full or partial waiver of monetary penalties, and the Commission staff is unable to recommend any such waiver to the Commission as part of a settlement without such a thoroughgoing analysis of the Defendant's finances.

The Commission has diligently reviewed a number of documents provided by the Defendant concerning his financial condition, has requested additional documents (including tax, bank and loan documents) related to the Defendant's assets and liabilities, and understands that the Defendant is working expeditiously to obtain and produce the additional documents. However, in light of the need to complete a thorough analysis of the Defendant's financial

B3971907v1

condition to make further progress in settlement discussions, the Commission and Defendant hereby seek a 45-day extension of the scheduling conference concerning remedies in order to provide sufficient time for the responsive documents to be produced and analyzed, and for the parties to complete their settlement discussions related to the waiver sought by the Defendant. The parties submit that a 45-day extension will provide sufficient time for the Commission to complete its financial analysis and for the parties to fully engage in settlement discussions.

B3971907v1

Respectfully submitted,

/s/ Rua M. Kelly
Rua M. Kelly (Mass. Bar No. 643351)
Eric A. Forni (Mass. Bar No. 669685)
Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
33 Arch Street Suite, 23rd Floor
Boston, Massachusetts 02110
(617) 573-8941 direct (Kelly)
(617) 573-4590 fax


/s/ Martin F. Murphy
Martin F. Murphy (BBO#363250)
Daniel Marx (BBO#674523)
*mmurphy@foleyhoag.com*
Attorneys for Defendant
JAMES J. KONAXIS
**FOLEY HOAG LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02110
Telephone: (617) 832-1000
Facsimile: (617) 832-7000


Dated: January 24, 2012

## CERTIFICATE OF SERVICE

I, Rua M. Kelly, hereby certify that on January 24, 2012 a copy of the foregoing Motion To Adjourn Scheduling Conference was filed electronically with the Court's ECF system. Notice will be sent electronically to the registered participants identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on January 24, 2012.

/s/ Rua M. Kelly
Rua M. Kelly

B3971907v1